BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LAMONT SMITH, and<br>RAYMELL LAMAR EASON,<br><br>Defendants. | CR NO.  12-241-WBS<br><br>MOTION TO PLACE MATTER<br>ON 2/21/13 2:00 P.M. CALENDAR<br>FOR ARRAIGNMENT BY<br>MAGISTRATE JUDGE NEWMAN; AND<br>PROPOSED ORDER |

The United States, by its referenced counsel, defendant SMITH, by his counsel, Ronald Peters, and defendant EASON, by his counsel, Michael Bigelow, jointly move and stipulate that this matter be placed on this Court's 2/21/13 2:00 pm calendar.

At the 2/21/13 hearing, defendants SMITH and EASON will be arraigned on the Superseding Indictment (filed 2/14/13).

Dated: 2/19/13                                    BENJAMIN WAGNER
                                                  United States Attorney
                                                     /s/Michelle Rodriguez
                                                  By:
                                                  MICHELLE RODRIGUEZ
                                                  Assistant U.S. Attorney

MOTION AND STIPULATION RE ARRAIGNMENT                                    1

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 12-241-WBS |
| Plaintiff, | |
| v. | (PROPOSED) ORDER PLACING MATTER ON 2/21/13 2:00 P.M. CALENDAR FOR ARRAIGNMENT |
| KEITH LAMONT SMITH, and RAYMELL LAMAR EASON, | |
| Defendants. | |

**ORDER**

HEREBY, pursuant to the motion and stipulation of the parties, IT IS ORDERED that the above referenced matter be placed on this Court's calendar on 2/21/13 at 2:00 P.M. for arraignment of each defendant.

**Date:** 2/20/2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

MOTION AND STIPULATION RE ARRAIGNMENT 2