UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RAYMELL LAMAR EASON,

        Defendant.

No.  Cr. S-12-0241 WBS

**ORDER**

----oo0oo----

        Within fourteen days from the date of this Order, the United States shall file a response to defendant Eason's Motion to Dismiss Indictment.  Defendant shall file his reply within ten days thereafter.  The motion will then be taken under submission. The court recognizes that the motion is filed <u>pro</u> <u>se</u> and defendant is represented by counsel, but finds that proceeding in this way avoids all of the problems inherent in refusing to accept the motion for filing.  The United States Attorney shall accordingly respond to the motion as if it were filed by counsel.

        IT IS SO ORDERED.

Dated:  October 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1