**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Raymell Eason

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. Cr.S 12-241-01 WBS |
| | ) | |
| Plaintiff | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER RE: MOTION TO STRIKE |
| v | ) | |
| | ) | DATE: 11/12/2013 |
| RAYMELL EASON | ) | TIME: 9:30 AM |
| | ) | COURT: WBS |
| Defendant | ) | |

It is hereby stipulated between the parties that the government's motion to strike defendant Eason's *pro se* motion to dismiss and the government's request for status of counsel be continued from November 4, 2013, to November 12, 2013. This brief continuance is necessary because the government, when it scheduled the aforesaid motion for November 4, 2013, did not take into account the fact defense counsel will be unavailable on that date. Accordingly, it is appropriate that this matter be continued in order for defense counsel to be present. The government, now

-1-

aware of the scheduling conflict, agrees.

Dated: October 29, 2013     Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: October 29, 2013     /s/MICHAEL B. BIGELOW
Attorney for Defendant Eason

DATED: October 29, 2013     /s/Michelle Rodriguez
Assistant United States Attorney

**IT IS SO ORDERED**

Dated: October 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE